| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Bryon Masterson<br>First Name    Middle Name    Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–0211<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Melissa Masterson<br>First Name    Middle Name    Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–1184<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    4/3/19 |
| Case number: | 19–16825–CMG | Date case converted to chapter: | 7    3/24/20 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Bryon Masterson | Melissa Masterson |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 42 Gerald Pl<br>Bayville, NJ 08721–1616 | 42 Gerald Pl<br>Bayville, NJ 08721–1616 |
| 4. | **Debtor's attorney**<br>Name and address | Daniel E. Straffi<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | Contact phone 732–341–3800<br><br>Email:  bkclient@straffilaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Thomas Orr<br>Law Office of Thomas J. Orr<br>321 High Street<br>Burlington, NJ 08016–4496 | Contact phone (609) 386–8700 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676−6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM − 4:00 p.m., Monday − Friday (except holidays)<br><br>Contact phone 609−858−9333<br><br>Date: 3/25/20 |
| **7. Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **May 6, 2020 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608−1507** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 7/6/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**

```
                            United States Bankruptcy Court
                                  District of New Jersey

In re:                                                             Case No. 19-16825-CMG
Bryon Masterson                                                    Chapter 7
Melissa Masterson
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 4        Date Rcvd: Mar 25, 2020
                              Form ID: 309A               Total Noticed: 109


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2020.
db/jdb         Bryon Masterson,    Melissa Masterson,    42 Gerald Pl,    Bayville, NJ   08721-1616
518162271      ADT Security Service,    200 E Park Dr,    Mount Laurel, NJ   08054-1297
518162273     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: American Honda Finance,    201 Little Falls Dr,
                 Wilmington, DE   19808-1674)
518162272      Altran Financial, LP,    PO Box 4044,    Concord, CA   94524-4044
518162277      Brick Pediatric Dentistry,    132 Drum Point Rd,    Brick, NJ   08723-6231
518162285      Cbna,    PO Box 6497,    Sioux Falls, SD   57117-6497
518162299      Dentistry with a Womans Touch,    222 Oak Ave Ste 8,    Toms River, NJ   08753-3348
518162302      Disney Vacation Development, Inc.,    PO Box 470727 Attn: Member Accounting,
                 Celebration, FL   34747-0727
518162306      Fortiva,    Attn: Bankruptcy,    PO Box 105555,    Atlanta, GA   30348-5555
518162307     ++GC SERVICES LIMITED PARTNERSHIP,    6330 GULFTON,    HOUSTON TX 77081-1198
               (address filed with court: GC Services Limited Partnership,    6330 Gulfton,
                 Houston, TX   77081-0000)
518185820     +Granite State Management & Resources,    on behalf of The U.S. Dept of Ed,    PO Box 3420,
                 Concord, NH 03302-3420
518162308     +Home Point Financial C,    4849 Greenville Ave,    Dallas, TX 75206-4191
518162309     +Home Point Financial Corp,    Attn: Correspondence,    11511 Luna Rd Ste 200,
                 Dallas, TX 75234-6451
518166194     +Home Point Financial Corporation,    c/o D. Anthony Sottile, Authorized Agent,
                 394 Wards Corner Road, Suite 180,    Loveland, OH 45140-8362
518246529     +Home Point Financial Corporation,    11511 Luna Road, Suite 300,    Farmers Branch, TX 75234-6451
518162313      Jeffrey H. Gerstenblatt, Esq.,    545 E County Line Rd,    Lakewood, NJ   08701-1487
518162322      New Hampshire Higher Ed/Granite State Ma,    Attn: Bankruptcy,    PO Box 2097,
                 Concord, NH   03302-2097
518162323      New Jersey Healthcare Specialists P.C.,    PO Box 417191,    Boston, MA   02241-7191
518162324      Nhhelc/gsm&r,    PO Box 3420,    Concord, NH   03302-3420
518162325      Nissan Motor Acceptanc,    PO Box 660366,    Dallas, TX   75266-0366
518162326      Nissan Motor Acceptance,    Attn: Bankruptcy Dept,    PO Box 660360,    Dallas, TX   75266-0360
518162332      Ray And Flan,    Attn: Bankruptcy,    1000 Macarthur Blvd,    Mahwah, NJ   07430-2035
518280986     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
518162337      STF Lawns and Landscaping, LLC,    1590 Church Rd,    Toms River, NJ   08755-2116
518162336      State Of NJ- Division Of Taxation,    PO Box 111 Revenue Processing Center,
                 Trenton, NJ   08645-0111
518162345      Tbom/Atls/Fortiva Mc,    5 Concourse Pkwy,    Atlanta, GA   30328-5350
518162346      Tdrcs/raymour & Flanig,    1000 Macarthur Blvd,    Mahwah, NJ   07430-2035
518262814     +The Bank of Missouri,    PO Box 105555,    Atlanta, GA 30348-5555
518162348      The Secretary of Housing and Urban Devep,    451 7th St SW,    Washington, DC   20410-0001
518255899     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
518183351     +US Dept. of HUD,    451 7th Street S.W.,    Washington, D.C. 20410-0001
518162355     +United Collection Bureau, Inc.,    5620 Southwyck Blvd., Suite 206,    Toledo, OH 43614-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: bkclient@straffilaw.com Mar 25 2020 22:14:01     Daniel E. Straffi,
                 Straffi & Straffi, LLC,    670 Commons Way,    Toms River, NJ   08755
tr            +EDI: QTJORR.COM Mar 26 2020 01:53:00      Thomas Orr,    Law Office of Thomas J. Orr,
                 321 High Street,    Burlington, NJ 08016-4411
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 25 2020 22:14:55     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 25 2020 22:14:53     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ   07102-5235
518234104     +E-mail/Text: amscbankruptcy@adt.com Mar 25 2020 22:15:26     ADT Security Services, Inc.,
                 3190 South Vaughn Way,    Aurora, CO 80014-3512
518162274      EDI: HNDA.COM Mar 26 2020 01:53:00      American Honda Finance,    Attn: Bankruptcy,
                 PO Box 168088,    Irving, TX   75016-8088
518191112      EDI: HNDA.COM Mar 26 2020 01:53:00      American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
518162276      E-mail/Text: billing@assa-nj.com Mar 25 2020 22:15:06     Atlantic Shore Surgical Associates,
                 478 Brick Blvd.,    Brick, NJ   08723-6077
518162283      EDI: CAPITALONE.COM Mar 26 2020 01:53:00      Capital One Bank USA N,    15000 Capital One Dr,
                 Richmond, VA   23238-1119
518162278      E-mail/Text: cms-bk@cms-collect.com Mar 25 2020 22:14:33     Capital Management Services, LP,
                 698 1/2 South Ogden Street,    Buffalo, NY   14206-2317
518162279      EDI: CAPITALONE.COM Mar 26 2020 01:53:00      Capital One,    Attn: Bankruptcy,    PO Box 30285,
                 Salt Lake City, UT   84130-0285
518162280      EDI: CAPONEAUTO.COM Mar 26 2020 01:53:00      Capital One Auto Finan,    PO Box 259407,
                 Plano, TX   75025-9407
```

```
District/off: 0312-3              User: admin              Page 2 of 4              Date Rcvd: Mar 25, 2020
                                  Form ID: 309A            Total Noticed: 109


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518162281        EDI: CAPONEAUTO.COM Mar 26 2020 01:53:00      Capital One Auto Finance,   Attn: Bankruptcy,
                 PO Box 30285,    Salt Lake City, UT  84130-0285
518183511       +EDI: AIS.COM Mar 26 2020 01:53:00      Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,
                 Oklahoma City, OK  73118-7901
518162282       +EDI: CAPITALONE.COM Mar 26 2020 01:53:00      Capital One Bank Usa N,   Pob 30281,
                 Salt Lake City, UT  84130-0281
518162284       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 25 2020 22:23:28
                 Carson Smithfield, LLC,    PO Box 9216,   Old Bethpage, NY  11804-9016
518162286        EDI: CITICORP.COM Mar 26 2020 01:53:00      Citibank North America,
                 Attn: Recovery/Centralized Bankruptcy,    PO Box 790034,    Saint Louis, MO  63179-0034
518162287        EDI: CITICORP.COM Mar 26 2020 01:53:00      Citibank/the Home Depot,
                 Attn: Recovery/Centralized Bankruptcy,    PO Box 790034,    Saint Louis, MO  63179-0034
518162288        EDI: CITICORP.COM Mar 26 2020 01:53:00      Citicards Cbna,   Citi Bank,   PO Box 6077,
                 Sioux Falls, SD  57117-6077
518162289        EDI: CITICORP.COM Mar 26 2020 01:53:00      Citicards Cbna,   PO Box 6241,
                 Sioux Falls, SD  57117-6241
518162290        EDI: WFNNB.COM Mar 26 2020 01:53:00      Comenity Bank/Fashion Bug,   Attn: Bankruptcy,
                 PO Box 182125,    Columbus, OH  43218-2125
518162291        EDI: WFNNB.COM Mar 26 2020 01:53:00      Comenity Bank/Lane Bryant,   Attn: Bankruptcy,
                 PO Box 182125,    Columbus, OH  43218-2125
518162292        EDI: WFNNB.COM Mar 26 2020 01:53:00      Comenity Bank/Victoria Secret,   Attn: Bankruptcy,
                 PO Box 182125,    Columbus, OH  43218-2125
518162293        EDI: WFNNB.COM Mar 26 2020 01:53:00      Comenity Capital/Davids Bridal,   Attn: Bankruptcy Dept,
                 PO Box 182125,    Columbus, OH  43218-2125
518162294        EDI: WFNNB.COM Mar 26 2020 01:53:00      Comenitybank/victoria,   PO Box 182789,
                 Columbus, OH  43218-2789
518162295        EDI: WFNNB.COM Mar 26 2020 01:53:00      Comenitycb/davidsbride,   PO Box 182120,
                 Columbus, OH  43218-2120
518162296        E-mail/PDF: creditonebknotifications@resurgent.com Mar 25 2020 22:23:07       Credit One Bank,
                 ATTN: Bankruptcy Department,    PO Box 98873,    Las Vegas, NV  89193-8873
518162297        E-mail/PDF: creditonebknotifications@resurgent.com Mar 25 2020 22:23:37       Credit One Bank NA,
                 PO Box 98875,    Las Vegas, NV  89193-8875
518162298        E-mail/PDF: DellBKNotifications@resurgent.com Mar 25 2020 22:23:09       Dell Financial Services,
                 PO Box 81577,    Austin, TX  78708-1577
518162301        EDI: DISCOVER.COM Mar 26 2020 01:53:00      Discover Financial,   Attn: Bankruptcy Department,
                 PO Box 15316,    Wilmington, DE  19850-5316
518172875        EDI: DISCOVER.COM Mar 26 2020 01:53:00      Discover Bank,   Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
518162300        EDI: DISCOVER.COM Mar 26 2020 01:53:00      Discover Fin Svcs LLC,   PO Box 15316,
                 Wilmington, DE  19850-5316
518162303        EDI: WFNNB.COM Mar 26 2020 01:53:00      Fashion Bug,   PO Box 84073,   Columbus, GA  31908-4073
518162305        EDI: AMINFOFP.COM Mar 26 2020 01:53:00      First Premier Bank,   3820 N Louise Ave,
                 Sioux Falls, SD  57107-0145
518162304        EDI: AMINFOFP.COM Mar 26 2020 01:53:00      First Premier Bank,   Attn: Bankruptcy,
                 PO Box 5524,    Sioux Falls, SD  57117-5524
518162310        EDI: DRIV.COM Mar 26 2020 01:53:00      Hsbc Auto,   PO Box 961245,   Fort Worth, TX  76161-0244
518162311        EDI: IRS.COM Mar 26 2020 01:53:00      Internal Revenue Service,   PO Box 7346,
                 Special Procedures Branch, Bky Sec.,    Philadelphia, PA  19101-7346
518280312        EDI: JEFFERSONCAP.COM Mar 26 2020 01:53:00      Jefferson Capital Systems LLC,   PO Box 7999,
                 Saint Cloud MN 56302-9617
518162312        EDI: JEFFERSONCAP.COM Mar 26 2020 01:53:00      Jefferson Capital Systems, LLC,
                 16 McLeland Road,    St. Cloud, MN  56303-0000
518168463        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 25 2020 22:23:11       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518162314        EDI: WFNNB.COM Mar 26 2020 01:53:00      Lane Bryant Retail/Soa,   450 Winks Ln,
                 Bensalem, PA  19020-5932
518162316        E-mail/Text: ml-ebn@missionlane.com Mar 25 2020 22:14:13      Lendup Card Services I,
                 225 Bush St Ste 1100,    San Francisco, CA  94104-4250
518162317        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 25 2020 22:23:41       Lvnv Funding LLC,
                 PO Box 1269,    Greenville, SC  29602-1269
518203038        E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 25 2020 22:23:25       MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518162315        E-mail/Text: ml-ebn@missionlane.com Mar 25 2020 22:14:13      Lendup Card Services I,
                 Attn: Bankruptcy, LendUp,    237 Kearny St # 197,    San Francisco, CA  94108-4502
518162318        E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 25 2020 22:23:28       Merrick Bank Corp,
                 PO Box 9201,    Old Bethpage, NY  11804-9001
518162319        E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 25 2020 22:23:26
                 Merrick Bank/Cardworks,    Attn: Bankruptcy,   PO Box 9201,    Old Bethpage, NY  11804-9001
518162320        EDI: MID8.COM Mar 26 2020 01:53:00      Midland Credit Management,   PO Box 60578,
                 Los Angeles, CA  90060-0578
518162321        EDI: MID8.COM Mar 26 2020 01:53:00      Midland Funding,   2365 Northside Dr Ste 30,
                 San Diego, CA  92108-2709
518249734       +EDI: MID8.COM Mar 26 2020 01:53:00      Midland Funding LLC,   P.O. Box 2011,
                 Warren, MI 48090-2011
518214017        EDI: AGFINANCE.COM Mar 26 2020 01:53:00      ONEMAIN,   PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
518162327        EDI: AGFINANCE.COM Mar 26 2020 01:53:00      Onemain,   PO Box 1010,
                 Evansville, IN  47706-1010
```

```
District/off: 0312-3          User: admin              Page 3 of 4              Date Rcvd: Mar 25, 2020
                              Form ID: 309A            Total Noticed: 109


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518162328      EDI: AGFINANCE.COM Mar 26 2020 01:53:00      Onemain Financial,    Attn: Bankruptcy,
                601 NW 2nd St,    Evansville, IN 47708-1013
518162329      E-mail/Text: info@phoenixfinancialsvcs.com Mar 25 2020 22:14:12      Phoenix Financial Serv,
                8902 Otis Ave Ste 103A,    Indianapolis, IN 46216-1009
518162331      EDI: PRA.COM Mar 26 2020 01:53:00      Portfolio Recovery Associates, LLC,    140 Corporate Blvd.,
                Norfolk, VA 23502-0000
518297548      EDI: PRA.COM Mar 26 2020 01:53:00      Portfolio Recovery Associates, LLC,
                c/o The Home Depot Consumer,    POB 41067,    Norfolk VA 23541
518298472      EDI: PRA.COM Mar 26 2020 01:53:00      Portfolio Recovery Associates, LLC,    c/o Up,   POB 41067,
                Norfolk VA 23541
518291457      EDI: PRA.COM Mar 26 2020 01:53:00      Portfolio Recovery Associates, LLC,    c/o Wawa,inc,
                POB 41067,    Norfolk VA 23541
518162330      EDI: PRA.COM Mar 26 2020 01:53:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,
                Norfolk, VA 23502-4952
518233840     +EDI: JEFFERSONCAP.COM Mar 26 2020 01:53:00      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518162333      EDI: DRIV.COM Mar 26 2020 01:53:00      Santander Consumer USA,    Attn: Bankruptcy,
                PO Box 961245,    Fort Worth, TX 76161-0244
518162334      EDI: DRIV.COM Mar 26 2020 01:53:00      Santander Consumer USA,    PO Box 961245,
                Fort Worth, TX 76161-0244
518162339      EDI: RMSC.COM Mar 26 2020 01:53:00      Syncb/Old Navy,    PO Box 965005,
                Orlando, FL 32896-5005
518162340      EDI: RMSC.COM Mar 26 2020 01:53:00      Syncb/Toys R US,    Attn: Bankruptcy,    PO Box 965060,
                Orlando, FL 32896-5060
518162338      EDI: RMSC.COM Mar 26 2020 01:53:00      Syncb/lowes,    PO Box 956005,    Orlando, FL 32801
518162341      EDI: RMSC.COM Mar 26 2020 01:53:00      Syncb/toysrus,    PO Box 965005,
                Orlando, FL 32896-5005
518163767     +EDI: RMSC.COM Mar 26 2020 01:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
518162342      EDI: RMSC.COM Mar 26 2020 01:53:00      Synchrony Bank/ Old Navy,    Attn: Bankruptcy,
                PO Box 965060,    Orlando, FL 32896-5060
518162343      EDI: RMSC.COM Mar 26 2020 01:53:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                PO Box 965060,    Orlando, FL 32896-5060
518162349      EDI: TFSR.COM Mar 26 2020 01:53:00      Toyota Financial Services,    Attn: Bankruptcy,
                PO Box 8026,    Cedar Rapids, IA 52408-8026
518162350      EDI: TFSR.COM Mar 26 2020 01:53:00      Toyota Financial Services,    PO Box 5855,
                Carol Stream, IL 60197
518162353      EDI: TFSR.COM Mar 26 2020 01:53:00      Toyota Motor Credit Co,    4 Gatehall Dr,
                Parsippany, NJ 07054-4518
518162354      EDI: TFSR.COM Mar 26 2020 01:53:00      Toyota Motor Credit Co,    Toyota Financial Services,
                PO Box 8026,    Cedar Rapids, IA 52408-8026
518162347      EDI: CITICORP.COM Mar 26 2020 01:53:00       Thd/Cbna,    PO Box 6497,
                Sioux Falls, SD 57117-6497
518162351     +EDI: TFSR.COM Mar 26 2020 01:53:00      Toyota Motor Credit,    777 E Campbell Rd Ste 20,
                Richardson, TX 75081-6713
518162352      EDI: TFSR.COM Mar 26 2020 01:53:00      Toyota Motor Credit,    PO Box 9786,
                Cedar Rapids, IA 52409-0004
518162356     +EDI: WFFC.COM Mar 26 2020 01:53:00      Wells Fargo Bank, NA,
                3476 Stateview Blvd, MAC# X7801-013,    Fort Mill, SC 29715-7200
                                                                                              TOTAL: 77

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518162275*    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court: American Honda Finance,      201 Little Falls Drive,
                Wilmington, DE 19808-0000)
518162335*     Santander Consumer USA Inc.,    Attn: Bankruptcy,    PO Box 961245,    Fort Worth, TX 76161-0244
518162344     ##Tate & Kirlin Associates,    2810 Southampton Rd,    Philadelphia, PA 19154-1207
                                                                                TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-3          User: admin              Page 4 of 4           Date Rcvd: Mar 25, 2020
                              Form ID: 309A            Total Noticed: 109

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2020 at the address(es) listed below:
NONE.                                                                                    TOTAL: 0
```