UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 19-16825 |
|---|---|---|
| MASTERSON, BRYON | Chapter: | 7 |
| MASTERSON, MELISSA | Judge: | CMG |

**NOTICE OF PROPOSED ABANDONMENT**

Thomas J. Orr, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clarkson S. Fisher US Courthouse
> 402 East State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on June 16, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Timeshare at Disney Vacation Club-The debtor's purchased the timeshare in 2014 for $13,000. It has been valued at $16,000 by a CMA. Allowing for the lien and the difficult market for timeshares, there would not be equity available to creditors.

> Liens on property:
>
> Disney Vacation Club-$11,930

> Amount of equity claimed as exempt:
>
> $0

Objections must be served on, and requests for additional information directed to:

| Name: | /s/Thomas J. Orr, Trustee |
|---|---|
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-16825-CMG
Bryon Masterson                                                                                 Chapter 7
Melissa Masterson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 4              Date Rcvd: May 12, 2020
                             Form ID: pdf905          Total Noticed: 110

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2020.
```
db/jdb         Bryon Masterson,    Melissa Masterson,    42 Gerald Pl,    Bayville, NJ 08721-1616
aty           +D. Anthony Sottile,    394 Wards Corner Road,    Suite 180,    Loveland, OH 45140-8362
cr            +American Honda Finance Corporation, administrator,     P.O. Box 168088,    Irving, TX 75016-8088
cr            +HOME POINT FINANCIAL,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
                Philadelphia, PA 19103-1814
cr            +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
                1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
cr            +US Dept. of Edcuation,    POB 4414,    Poerland, OR 97208-4414
518162271      ADT Security Service,    200 E Park Dr,    Mount Laurel, NJ 08054-1297
518162273     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
              (address filed with court: American Honda Finance,     201 Little Falls Dr,
                Wilmington, DE 19808-1674)
518162272      Altran Financial, LP,    PO Box 4044,    Concord, CA 94524-4044
518162277      Brick Pediatric Dentistry,    132 Drum Point Rd,    Brick, NJ 08723-6231
518162285      Cbna,    PO Box 6497,    Sioux Falls, SD 57117-6497
518162286      Citibank North America,    Attn: Recovery/Centralized Bankruptcy,    PO Box 790034,
                Saint Louis, MO 63179-0034
518162287      Citibank/the Home Depot,    Attn: Recovery/Centralized Bankruptcy,    PO Box 790034,
                Saint Louis, MO 63179-0034
518162289      Citicards Cbna,    PO Box 6241,    Sioux Falls, SD 57117-6241
518162288      Citicards Cbna,    Citi Bank,    PO Box 6077,    Sioux Falls, SD 57117-6077
518162299      Dentistry with a Womans Touch,    222 Oak Ave Ste 8,    Toms River, NJ 08753-3348
518162302      Disney Vacation Development, Inc.,     PO Box 470727 Attn: Member Accounting,
                Celebration, FL 34747-0727
518162305      First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
518162304      First Premier Bank,    Attn: Bankruptcy,    PO Box 5524,    Sioux Falls, SD 57117-5524
518162306      Fortiva,    Attn: Bankruptcy,    PO Box 105555,    Atlanta, GA 30348-5555
518162307     ++GC SERVICES LIMITED PARTNERSHIP,    6330 GULFTON,    HOUSTON TX 77081-1198
              (address filed with court: GC Services Limited Partnership,     6330 Gulfton,
                Houston, TX 77081-0000)
518185820     +Granite State Management & Resources,    on behalf of The U.S. Dept of Ed,    PO Box 3420,
                Concord, NH 03302-3420
518162308     +Home Point Financial C,    4849 Greenville Ave,    Dallas, TX 75206-4191
518162309     +Home Point Financial Corp,    Attn: Correspondence,    11511 Luna Rd Ste 200,
                Dallas, TX 75234-6451
518166194     +Home Point Financial Corporation,    c/o D. Anthony Sottile, Authorized Agent,
                394 Wards Corner Road, Suite 180,    Loveland, OH 45140-8362
518246529     +Home Point Financial Corporation,    11511 Luna Road, Suite 300,    Farmers Branch, TX 75234-6451
518162310     +Hsbc Auto,    PO Box 961245,    Fort Worth, TX 76161-0244
518162313      Jeffrey H. Gerstenblatt, Esq.,    545 E County Line Rd,    Lakewood, NJ 08701-1487
518162322      New Hampshire Higher Ed/Granite State Ma,    Attn: Bankruptcy,    PO Box 2097,
                Concord, NH 03302-2097
518162323      New Jersey Healthcare Specialists P.C.,    PO Box 417191,    Boston, MA 02241-7191
518162324      Nhhelc/gsm&r,    PO Box 3420,    Concord, NH 03302-3420
518162325      Nissan Motor Acceptanc,    PO Box 660366,    Dallas, TX 75266-0366
518162326      Nissan Motor Acceptance,    Attn: Bankruptcy Dept,    PO Box 660360,    Dallas, TX 75266-0360
518162332      Ray And Flan,    Attn: Bankruptcy,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
518280986    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
518162337      STF Lawns and Landscaping, LLC,    1590 Church Rd,    Toms River, NJ 08755-2116
518162334      Santander Consumer USA,    PO Box 961245,    Fort Worth, TX 76161-0244
518162333      Santander Consumer USA,    Attn: Bankruptcy,    PO Box 961245,    Fort Worth, TX 76161-0244
518162336      State Of NJ- Division Of Taxation,    PO Box 111 Revenue Processing Center,
                Trenton, NJ 08645-0111
518162349    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,    Attn: Bankruptcy,    PO Box 8026,
                Cedar Rapids, IA 52408-8026)
518162345      Tbom/Atls/Fortiva Mc,    5 Concourse Pkwy,    Atlanta, GA 30328-5350
518162346      Tdrcs/raymour & Flanig,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
518162347      Thd/Cbna,    PO Box 6497,    Sioux Falls, SD 57117-6497
518262814     +The Bank of Missouri,    PO Box 105555,    Atlanta, GA 30348-5555
518162348      The Secretary of Housing and Urban Devep,    451 7th St SW,    Washington, DC 20410-0001
518255899     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
518162352      Toyota Motor Credit,    PO Box 9786,    Cedar Rapids, IA 52409-0004
518162351     +Toyota Motor Credit,    777 E Campbell Rd Ste 20,    Richardson, TX 75081-6713
518809488     +US Dept. of Education,    POB 4414,    Portland, OR 97208-4414
518162355     +United Collection Bureau, Inc.,    5620 Southwyck Blvd., Suite 206,    Toledo, OH 43614-1501
518162356     +Wells Fargo Bank, NA,    3476 Stateview Blvd, MAC# X7801-013,    Fort Mill, SC 29715-7200
```

```
District/off: 0312-3          User: admin              Page 2 of 4                  Date Rcvd: May 12, 2020
                              Form ID: pdf905          Total Noticed: 110


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 12 2020 23:38:47      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 12 2020 23:38:45      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ   07102-5235
518234104       +E-mail/Text: amscbankruptcy@adt.com May 12 2020 23:39:23      ADT Secruity Services, Inc.,
                 3190 South Vaughn Way,    Aurora, CO 80014-3512
518162274        E-mail/Text: ebnbankruptcy@ahm.honda.com May 12 2020 23:38:55      American Honda Finance,
                 Attn: Bankruptcy,    PO Box 168088,   Irving, TX   75016-8088
518191112        E-mail/Text: ebnbankruptcy@ahm.honda.com May 12 2020 23:38:55
                 American Honda Finance Corporation,   National Bankruptcy Center,   P.O. Box 168088,
                 Irving, TX  75016-8088
518162276        E-mail/Text: billing@assa-nj.com May 12 2020 23:39:05      Atlantic Shore Surgical Associates,
                 478 Brick Blvd.,    Brick, NJ   08723-6077
518162283        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 12 2020 23:44:05
                 Capital One Bank USA N,   15000 Capital One Dr,   Richmond, VA   23238-1119
518162278        E-mail/Text: cms-bk@cms-collect.com May 12 2020 23:38:12      Capital Management Services, LP,
                 698 1/2 South Ogden Street,   Buffalo, NY   14206-2317
518162279        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 12 2020 23:44:05      Capital One,
                 Attn: Bankruptcy,    PO Box 30285,   Salt Lake City, UT   84130-0285
518162280        E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com May 13 2020 00:07:01      Capital One Auto Finan,
                 PO Box 259407,   Plano, TX  75025-9407
518162281        E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com May 13 2020 00:06:53
                 Capital One Auto Finance,    Attn: Bankruptcy,    PO Box 30285,   Salt Lake City, UT  84130-0285
518183511       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 13 2020 00:07:01
                 Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518162282       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 12 2020 23:44:05
                 Capital One Bank Usa N,    Pob 30281,   Salt Lake City, UT 84130-0281
518162284       +E-mail/PDF: MerrickBKNotifications@Resurgent.com May 12 2020 23:43:49
                 Carson Smithfield, LLC,    PO Box 9216,   Old Bethpage, NY 11804-9016
518162290        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 12 2020 23:38:28      Comenity Bank/Fashion Bug,
                 Attn: Bankruptcy,    PO Box 182125,   Columbus, OH   43218-2125
518162291        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 12 2020 23:38:28      Comenity Bank/Lane Bryant,
                 Attn: Bankruptcy,    PO Box 182125,   Columbus, OH   43218-2125
518162292        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 12 2020 23:38:28
                 Comenity Bank/Victoria Secret,   Attn: Bankruptcy,    PO Box 182125,   Columbus, OH   43218-2125
518162293        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 12 2020 23:38:28
                 Comenity Capital/Davids Bridal,   Attn: Bankruptcy Dept,   PO Box 182125,
                 Columbus, OH   43218-2125
518162294        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 12 2020 23:38:29      Comenitybank/victoria,
                 PO Box 182789,    Columbus, OH   43218-2789
518162295        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 12 2020 23:38:29      Comenitycb/davidsbride,
                 PO Box 182120,    Columbus, OH   43218-2120
518162296        E-mail/PDF: creditonebknotifications@resurgent.com May 12 2020 23:43:22      Credit One Bank,
                 ATTN: Bankruptcy Department,   PO Box 98873,   Las Vegas, NV   89193-8873
518162297        E-mail/PDF: creditonebknotifications@resurgent.com May 12 2020 23:43:53      Credit One Bank NA,
                 PO Box 98875,    Las Vegas, NV   89193-8875
518162298        E-mail/PDF: DellBKNotifications@resurgent.com May 12 2020 23:43:23      Dell Financial Services,
                 PO Box 81577,    Austin, TX   78708-1577
518162301        E-mail/Text: mrdiscen@discover.com May 12 2020 23:37:44      Discover Financial,
                 Attn: Bankruptcy Department,    PO Box 15316,   Wilmington, DE   19850-5316
518172875        E-mail/Text: mrdiscen@discover.com May 12 2020 23:37:44      Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH   43054-3025
518162300        E-mail/Text: mrdiscen@discover.com May 12 2020 23:37:44      Discover Fin Svcs LLC,
                 PO Box 15316,    Wilmington, DE   19850-5316
518162303        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 12 2020 23:38:29      Fashion Bug,
                 PO Box 84073,    Columbus, GA   31908-4073
518162311        E-mail/Text: sbse.cio.bnc.mail@irs.gov May 12 2020 23:38:05      Internal Revenue Service,
                 PO Box 7346,    Special Procedures Branch, Bky Sec.,   Philadelphia, PA  19101-7346
518280312        E-mail/Text: JCAP_BNC_Notices@jcap.com May 12 2020 23:39:01      Jefferson Capital Systems LLC,
                 PO Box 7999,    Saint Cloud MN 56302-9617
518162312        E-mail/Text: JCAP_BNC_Notices@jcap.com May 12 2020 23:39:02      Jefferson Capital Systems, LLC,
                 16 McLeland Road,    St. Cloud, MN  56303-0000
518168463        E-mail/PDF: resurgentbknotifications@resurgent.com May 12 2020 23:44:39      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518162314        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 12 2020 23:38:29      Lane Bryant Retail/Soa,
                 450 Winks Ln,    Bensalem, PA   19020-5932
518162316        E-mail/Text: ml-ebn@missionlane.com May 12 2020 23:35:53      Lendup Card Services I,
                 225 Bush St Ste 1100,    San Francisco, CA   94104-4250
518162317        E-mail/PDF: resurgentbknotifications@resurgent.com May 12 2020 23:43:25      Lvnv Funding LLC,
                 PO Box 1269,    Greenville, SC   29602-1269
518203038        E-mail/PDF: MerrickBKNotifications@Resurgent.com May 12 2020 23:44:24      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
518162315        E-mail/Text: ml-ebn@missionlane.com May 12 2020 23:35:54      Lendup Card Services I,
                 Attn: Bankruptcy, LendUp,   237 Kearny St # 197,   San Francisco, CA  94108-4502
```

```
District/off: 0312-3           User: admin               Page 3 of 4                    Date Rcvd: May 12, 2020
                               Form ID: pdf905           Total Noticed: 110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518162318         E-mail/PDF: MerrickBKNotifications@Resurgent.com May 12 2020 23:44:20     Merrick Bank Corp,
                 PO Box 9201,    Old Bethpage, NY  11804-9001
518162319         E-mail/PDF: MerrickBKNotifications@Resurgent.com May 12 2020 23:43:45
                 Merrick Bank/Cardworks,    Attn: Bankruptcy,    PO Box 9201,    Old Bethpage, NY  11804-9001
518162320         E-mail/Text: bankruptcydpt@mcmcg.com May 12 2020 23:38:44        Midland Credit Management,
                 PO Box 60578,    Los Angeles, CA  90060-0578
518162321         E-mail/Text: bankruptcydpt@mcmcg.com May 12 2020 23:38:44        Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA  92108-2709
518249734        +E-mail/Text: bankruptcydpt@mcmcg.com May 12 2020 23:38:44        Midland Funding LLC,
                 P.O. Box 2011,    Warren, MI 48090-2011
518214017         E-mail/PDF: cbp@onemainfinancial.com May 12 2020 23:43:38        ONEMAIN,    PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
518162327         E-mail/PDF: cbp@onemainfinancial.com May 12 2020 23:43:08        Onemain,    PO Box 1010,
                 Evansville, IN  47706-1010
518162328         E-mail/PDF: cbp@onemainfinancial.com May 12 2020 23:43:09        Onemain Financial,
                 Attn: Bankruptcy,    601 NW 2nd St,    Evansville, IN  47708-1013
518162329         E-mail/Text: info@phoenixfinancialsvcs.com May 12 2020 23:35:53        Phoenix Financial Serv,
                 8902 Otis Ave Ste 103A,    Indianapolis, IN  46216-1009
518162331         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 12 2020 23:43:56
                 Portfolio Recovery Associates, LLC,    140 Corporate Blvd.,    Norfolk, VA  23502-0000
518297548         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 12 2020 23:43:20
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                 Norfolk VA 23541
518298472         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 12 2020 23:44:35
                 Portfolio Recovery Associates, LLC,    c/o Up,   POB 41067,    Norfolk VA 23541
518291457         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 12 2020 23:43:57
                 Portfolio Recovery Associates, LLC,    c/o Wawa,inc,   POB 41067,    Norfolk VA 23541
518162330         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 12 2020 23:44:34
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA  23502-4952
518233840        +E-mail/Text: JCAP_BNC_Notices@jcap.com May 12 2020 23:39:02        Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518162339         E-mail/PDF: gecsedi@recoverycorp.com May 12 2020 23:44:23        Syncb/Old Navy,    PO Box 965005,
                 Orlando, FL  32896-5005
518162340         E-mail/PDF: gecsedi@recoverycorp.com May 12 2020 23:43:12        Syncb/Toys R US,
                 Attn: Bankruptcy,    PO Box 965060,    Orlando, FL  32896-5060
518162338         E-mail/PDF: gecsedi@recoverycorp.com May 12 2020 23:43:44        Syncb/lowes,    PO Box 956005,
                 Orlando, FL  32801
518162341         E-mail/PDF: gecsedi@recoverycorp.com May 12 2020 23:44:23        Syncb/toysrus,    PO Box 965005,
                 Orlando, FL  32896-5005
518163767        +E-mail/PDF: gecsedi@recoverycorp.com May 12 2020 23:43:13        Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518162342         E-mail/PDF: gecsedi@recoverycorp.com May 12 2020 23:43:44        Synchrony Bank/ Old Navy,
                 Attn: Bankruptcy,    PO Box 965060,    Orlando, FL  32896-5060
518162343         E-mail/PDF: gecsedi@recoverycorp.com May 12 2020 23:44:23        Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    PO Box 965060,    Orlando, FL  32896-5060
518183351        +E-mail/PDF: OGCRegionIIBankruptcy@hud.gov May 12 2020 23:43:50        US Dept. of HUD,
                 451 7th Street S.W.,    Washington, D.C. 20410-0001
                                                                                               TOTAL: 59

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518162275*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court: American Honda Finance,    201 Little Falls Drive,
                 Wilmington, DE  19808-0000)
518162335*      Santander Consumer USA Inc.,    Attn: Bankruptcy,    PO Box 961245,    Fort Worth, TX  76161-0244
518162350*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Financial Services,    PO Box 5855,    Carol Stream, IL  60197)
518162353*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Co,    4 Gatehall Dr,
                 Parsippany, NJ  07054-4518)
518162354*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,    PO Box 8026,
                 Cedar Rapids, IA  52408-8026)
518162344       ##Tate & Kirlin Associates,    2810 Southampton Rd,    Philadelphia, PA  19154-1207
                                                                                         TOTALS: 0, * 5, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-3          User: admin              Page 4 of 4             Date Rcvd: May 12, 2020
                              Form ID: pdf905          Total Noticed: 110
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2020 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    HOME POINT FINANCIAL nj.bkecf@fedphe.com
              Daniel E. Straffi    on behalf of Debtor Bryon  Masterson bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi    on behalf of Joint Debtor Melissa  Masterson bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation, administrator
               for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Sherri Jennifer Smith    on behalf of Creditor    HOME POINT FINANCIAL nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              Thomas  Orr     tom@torrlaw.com, Torr@ecf.axosfs.com
              Thomas  Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com, Torr@ecf.axosfs.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 10
```