**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Bryon Masterson <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0211 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Melissa Masterson <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1184 <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–16825–CMG | |

## Order of Discharge                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Bryon Masterson                                          Melissa Masterson

7/10/20                                                          **By the court:**  Christine M. Gravelle
                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

```
                          United States Bankruptcy Court
                                District of New Jersey

In re:                                                              Case No. 19-16825-CMG
Bryon Masterson                                                     Chapter 7
Melissa Masterson
       Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 4        Date Rcvd: Jul 10, 2020
                               Form ID: 318                 Total Noticed: 115


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2020.
db/jdb         Bryon Masterson,    Melissa Masterson,    42 Gerald Pl,    Bayville, NJ 08721-1616
aty           +D. Anthony Sottile,    394 Wards Corner Road,    Suite 180,    Loveland, OH 45140-8362
cr            +American Honda Finance Corporation, administrator,     P.O. Box 168088,    Irving, TX 75016-8088
cr            +HOME POINT FINANCIAL,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
                Philadelphia, PA 19103-1814
cr            +Home Point Financial Corporation,    Robertson, Anschutz, Schneid & Crane LLC,
                10700 Abbotts Bridge Road, Suite 170,    Duluth,, GA 30097-8461
cr            +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,     Phelan Hallinan & Schmieg, PC,
                1617 JFK Boulevard,    Suite 1400,   Philadelphia, PA 19103-1814
cr            +US Dept. of Edcuation,    POB 4414,   Poerland, OR 97208-4414
518162271      ADT Security Service,    200 E Park Dr,   Mount Laurel, NJ 08054-1297
518162273     ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
              (address filed with court: American Honda Finance,     201 Little Falls Dr,
                Wilmington, DE 19808-1674)
518162272      Altran Financial, LP,    PO Box 4044,   Concord, CA 94524-4044
518162277      Brick Pediatric Dentistry,    132 Drum Point Rd,    Brick, NJ 08723-6231
518162285      Cbna,    PO Box 6497,   Sioux Falls, SD 57117-6497
518162299      Dentistry with a Womans Touch,    222 Oak Ave Ste 8,    Toms River, NJ 08753-3348
518162302      Disney Vacation Development, Inc.,    PO Box 470727 Attn: Member Accounting,
                Celebration, FL 34747-0727
518162306      Fortiva,   Attn: Bankruptcy,    PO Box 105555,   Atlanta, GA 30348-5555
518162307     ++GC SERVICES LIMITED PARTNERSHIP,    6330 GULFTON,    HOUSTON TX 77081-1198
              (address filed with court: GC Services Limited Partnership,     6330 Gulfton,
                Houston, TX 77081-0000)
518185820     +Granite State Management & Resources,    on behalf of The U.S. Dept of Ed,    PO Box 3420,
                Concord, NH 03302-3420
518162309     +Home Point Financial Corp,    Attn: Correspondence,    11511 Luna Rd Ste 200,
                Dallas, TX 75234-6451
518166194     +Home Point Financial Corporation,    c/o D. Anthony Sottile, Authorized Agent,
                394 Wards Corner Road, Suite 180,    Loveland, OH 45140-8362
518162313      Jeffrey H. Gerstenblatt, Esq.,    545 E County Line Rd,    Lakewood, NJ 08701-1487
518162322      New Hampshire Higher Ed/Granite State Ma,    Attn: Bankruptcy,    PO Box 2097,
                Concord, NH 03302-2097
518162323      New Jersey Healthcare Specialists P.C.,    PO Box 417191,    Boston, MA 02241-7191
518162324      Nhhelc/gsm&r,    PO Box 3420,   Concord, NH 03302-3420
518162325      Nissan Motor Acceptanc,    PO Box 660366,   Dallas, TX 75266-0366
518162326      Nissan Motor Acceptance,    Attn: Bankruptcy Dept,    PO Box 660360,   Dallas, TX 75266-0360
518162332      Ray And Flan,    Attn: Bankruptcy,   1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
518280986     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
518162337      STF Lawns and Landscaping, LLC,    1590 Church Rd,    Toms River, NJ 08755-2116
518162336      State Of NJ- Division Of Taxation,    PO Box 111 Revenue Processing Center,
                Trenton, NJ 08645-0111
518162345      Tbom/Atls/Fortiva Mc,    5 Concourse Pkwy,   Atlanta, GA 30328-5350
518162346      Tdrcs/raymour & Flanig,    1000 Macarthur Blvd,   Mahwah, NJ 07430-2035
518262814     +The Bank of Missouri,    PO Box 105555,   Atlanta, GA 30348-5555
518162348      The Secretary of Housing and Urban Devep,    451 7th St SW,    Washington, DC 20410-0001
518255899     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
518809488     +US Dept. of Education,    POB 4414,   Portland, OR 97208-4414
518162355     +United Collection Bureau, Inc.,    5620 Southwyck Blvd., Suite 206,    Toledo, OH 43614-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QTJORR.COM Jul 11 2020 04:08:00      Thomas Orr,   Law Office of Thomas J. Orr,
                321 High Street,    Burlington, NJ 08016-4411
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 11 2020 01:15:44       U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 11 2020 01:15:35       United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518234104     +E-mail/Text: amscbankruptcy@adt.com Jul 11 2020 01:17:21       ADT Security Services, Inc.,
                3190 South Vaughn Way,    Aurora, CO 80014-3512
518162274      EDI: HNDA.COM Jul 11 2020 04:08:00      American Honda Finance,    Attn: Bankruptcy,
                PO Box 168088,    Irving, TX 75016-8088
518191112      EDI: HNDA.COM Jul 11 2020 04:08:00      American Honda Finance Corporation,
                National Bankruptcy Center,    P.O. Box 168088,   Irving, TX 75016-8088
518162276      E-mail/Text: billing@assa-nj.com Jul 11 2020 01:16:31       Atlantic Shore Surgical Associates,
                478 Brick Blvd.,    Brick, NJ 08723-6077
518162283      EDI: CAPITALONE.COM Jul 11 2020 04:08:00      Capital One Bank USA N,    15000 Capital One Dr,
                Richmond, VA 23238-1119
```

```
District/off: 0312-3          User: admin              Page 2 of 4              Date Rcvd: Jul 10, 2020
                              Form ID: 318             Total Noticed: 115


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518162278         E-mail/Text: cms-bk@cms-collect.com Jul 11 2020 01:15:01      Capital Management Services, LP,
                  698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
518162279         EDI: CAPITALONE.COM Jul 11 2020 04:08:00      Capital One,    Attn: Bankruptcy,    PO Box 30285,
                  Salt Lake City, UT 84130-0285
518162280         EDI: CAPONEAUTO.COM Jul 11 2020 04:08:00      Capital One Auto Finan,    PO Box 259407,
                  Plano, TX 75025-9407
518162281         EDI: CAPONEAUTO.COM Jul 11 2020 04:08:00      Capital One Auto Finance,    Attn: Bankruptcy,
                  PO Box 30285,    Salt Lake City, UT 84130-0285
518183511        +EDI: AIS.COM Jul 11 2020 04:08:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                  Oklahoma City, OK 73118-7901
518162282        +EDI: CAPITALONE.COM Jul 11 2020 04:08:00      Capital One Bank Usa N,    Pob 30281,
                  Salt Lake City, UT 84130-0281
518162284        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 11 2020 01:11:37
                  Carson Smithfield, LLC,    PO Box 9216,    Old Bethpage, NY 11804-9016
518162286         EDI: CITICORP.COM Jul 11 2020 04:08:00      Citibank North America,
                  Attn: Recovery/Centralized Bankruptcy,    PO Box 790034,    Saint Louis, MO 63179-0034
518162287         EDI: CITICORP.COM Jul 11 2020 04:08:00      Citibank/the Home Depot,
                  Attn: Recovery/Centralized Bankruptcy,    PO Box 790034,    Saint Louis, MO 63179-0034
518162288         EDI: CITICORP.COM Jul 11 2020 04:08:00      Citicards Cbna,    Citi Bank,    PO Box 6077,
                  Sioux Falls, SD 57117-6077
518162289         EDI: CITICORP.COM Jul 11 2020 04:08:00      Citicards Cbna,    PO Box 6241,
                  Sioux Falls, SD 57117-6241
518162290         EDI: WFNNB.COM Jul 11 2020 04:08:00      Comenity Bank/Fashion Bug,    Attn: Bankruptcy,
                  PO Box 182125,    Columbus, OH 43218-2125
518162291         EDI: WFNNB.COM Jul 11 2020 04:08:00      Comenity Bank/Lane Bryant,    Attn: Bankruptcy,
                  PO Box 182125,    Columbus, OH 43218-2125
518162292         EDI: WFNNB.COM Jul 11 2020 04:08:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
                  PO Box 182125,    Columbus, OH 43218-2125
518162293         EDI: WFNNB.COM Jul 11 2020 04:08:00      Comenity Capital/Davids Bridal,    Attn: Bankruptcy Dept,
                  PO Box 182125,    Columbus, OH 43218-2125
518162294         EDI: WFNNB.COM Jul 11 2020 04:08:00      Comenitybank/victoria,    PO Box 182789,
                  Columbus, OH 43218-2789
518162295         EDI: WFNNB.COM Jul 11 2020 04:08:00      Comenitycb/davidsbride,    PO Box 182120,
                  Columbus, OH 43218-2120
518162296         E-mail/PDF: creditonebknotifications@resurgent.com Jul 11 2020 01:11:54      Credit One Bank,
                  ATTN: Bankruptcy Department,    PO Box 98873,    Las Vegas, NV 89193-8873
518162297         E-mail/PDF: creditonebknotifications@resurgent.com Jul 11 2020 01:10:30      Credit One Bank NA,
                  PO Box 98875,    Las Vegas, NV 89193-8875
518162298         E-mail/PDF: DellBKNotifications@resurgent.com Jul 11 2020 01:10:32      Dell Financial Services,
                  PO Box 81577,    Austin, TX 78708-1577
518162301         EDI: DISCOVER.COM Jul 11 2020 04:08:00      Discover Financial,    Attn: Bankruptcy Department,
                  PO Box 15316,    Wilmington, DE 19850-5316
518172875         EDI: DISCOVER.COM Jul 11 2020 04:08:00      Discover Bank,    Discover Products Inc,
                  PO Box 3025,    New Albany, OH 43054-3025
518162300         EDI: DISCOVER.COM Jul 11 2020 04:08:00      Discover Fin Svcs LLC,    PO Box 15316,
                  Wilmington, DE 19850-5316
518162303         EDI: WFNNB.COM Jul 11 2020 04:08:00      Fashion Bug,    PO Box 84073,    Columbus, GA 31908-4073
518162305         EDI: AMINFOFP.COM Jul 11 2020 04:08:00      First Premier Bank,    3820 N Louise Ave,
                  Sioux Falls, SD 57107-0145
518162304         EDI: AMINFOFP.COM Jul 11 2020 04:08:00      First Premier Bank,    Attn: Bankruptcy,
                  PO Box 5524,    Sioux Falls, SD 57117-5524
518246529         E-mail/Text: bankruptcy@homepointfinancial.com Jul 11 2020 01:06:02
                  Home Point Financial Corporation,    11511 Luna Road, Suite 300,    Farmers Branch, TX 75234
518162308        +E-mail/Text: bankruptcy@homepointfinancial.com Jul 11 2020 01:06:02       Home Point Financial C,
                  4849 Greenville Ave,    Dallas, TX 75206-4191
518162310         EDI: DRIV.COM Jul 11 2020 04:08:00      Hsbc Auto,    PO Box 961245,    Fort Worth, TX 76161-0244
518162311         EDI: IRS.COM Jul 11 2020 04:08:00      Internal Revenue Service,    PO Box 7346,
                  Special Procedures Branch, Bky Sec.,    Philadelphia, PA 19101-7346
518280312         EDI: JEFFERSONCAP.COM Jul 11 2020 04:08:00      Jefferson Capital Systems LLC,    PO Box 7999,
                  Saint Cloud MN 56302-9617
518162312         EDI: JEFFERSONCAP.COM Jul 11 2020 04:08:00      Jefferson Capital Systems, LLC,
                  16 McLeland Road,    St. Cloud, MN 56303-0000
518168463         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 11 2020 01:12:03      LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518162314         EDI: WFNNB.COM Jul 11 2020 04:08:00      Lane Bryant Retail/Soa,    450 Winks Ln,
                  Bensalem, PA 19020-5932
518162316         E-mail/Text: ml-ebn@missionlane.com Jul 11 2020 01:05:44      Lendup Card Services I,
                  225 Bush St Ste 1100,    San Francisco, CA 94104-4250
518162317         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 11 2020 01:11:23      Lvnv Funding LLC,
                  PO Box 1269,    Greenville, SC 29602-1269
518203038         E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 11 2020 01:10:54      MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518162315         E-mail/Text: ml-ebn@missionlane.com Jul 11 2020 01:05:44      Lendup Card Services I,
                  Attn: Bankruptcy, LendUp,    237 Kearny St # 197,    San Francisco, CA 94108-4502
518162318         E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 11 2020 01:11:41      Merrick Bank Corp,
                  PO Box 9201,    Old Bethpage, NY 11804-9001
518162319         E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 11 2020 01:11:40
                  Merrick Bank/Cardworks,    Attn: Bankruptcy,    PO Box 9201,    Old Bethpage, NY 11804-9001
```

```
District/off: 0312-3          User: admin             Page 3 of 4                  Date Rcvd: Jul 10, 2020
                              Form ID: 318            Total Noticed: 115


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518162320      EDI: MID8.COM Jul 11 2020 04:08:00      Midland Credit Management,   PO Box 60578,
               Los Angeles, CA 90060-0578
518162321      EDI: MID8.COM Jul 11 2020 04:08:00      Midland Funding,   2365 Northside Dr Ste 30,
               San Diego, CA 92108-2709
518249734     +EDI: MID8.COM Jul 11 2020 04:08:00      Midland Funding LLC,    P.O. Box 2011,
               Warren, MI 48090-2011
518214017      EDI: AGFINANCE.COM Jul 11 2020 04:08:00      ONEMAIN,   PO BOX 3251,
               EVANSVILLE, IN. 47731-3251
518162327      EDI: AGFINANCE.COM Jul 11 2020 04:08:00      Onemain,   PO Box 1010,
               Evansville, IN 47706-1010
518162328      EDI: AGFINANCE.COM Jul 11 2020 04:08:00      Onemain Financial,   Attn: Bankruptcy,
               601 NW 2nd St,   Evansville, IN 47708-1013
518162329      E-mail/Text: info@phoenixfinancialsvcs.com Jul 11 2020 01:05:44      Phoenix Financial Serv,
               8902 Otis Ave Ste 103A,   Indianapolis, IN 46216-1009
518162331      EDI: PRA.COM Jul 11 2020 04:08:00      Portfolio Recovery Associates, LLC,    140 Corporate Blvd.,
               Norfolk, VA 23502-0000
518297548      EDI: PRA.COM Jul 11 2020 04:08:00      Portfolio Recovery Associates, LLC,
               c/o The Home Depot Consumer,   POB 41067,   Norfolk VA 23541
518298472      EDI: PRA.COM Jul 11 2020 04:08:00      Portfolio Recovery Associates, LLC,    c/o Up,   POB 41067,
               Norfolk VA 23541
518291457      EDI: PRA.COM Jul 11 2020 04:08:00      Portfolio Recovery Associates, LLC,    c/o Wawa,inc,
               POB 41067,   Norfolk VA 23541
518162330      EDI: PRA.COM Jul 11 2020 04:08:00      Portfolio Recov Assoc,   120 Corporate Blvd Ste 1,
               Norfolk, VA 23502-4952
518233840     +EDI: JEFFERSONCAP.COM Jul 11 2020 04:08:00      Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
518162333      EDI: DRIV.COM Jul 11 2020 04:08:00      Santander Consumer USA,   Attn: Bankruptcy,
               PO Box 961245,   Fort Worth, TX 76161-0244
518162334      EDI: DRIV.COM Jul 11 2020 04:08:00      Santander Consumer USA,   PO Box 961245,
               Fort Worth, TX 76161-0244
518162339      EDI: RMSC.COM Jul 11 2020 04:08:00      Syncb/Old Navy,   PO Box 965005,
               Orlando, FL 32896-5005
518162340      EDI: RMSC.COM Jul 11 2020 04:08:00      Syncb/Toys R US,   Attn: Bankruptcy,   PO Box 965060,
               Orlando, FL 32896-5060
518162338      EDI: RMSC.COM Jul 11 2020 04:08:00      Syncb/lowes,   PO Box 956005,   Orlando, FL 32801
518162341      EDI: RMSC.COM Jul 11 2020 04:08:00      Syncb/toysrus,   PO Box 965005,
               Orlando, FL 32896-5005
518163767     +EDI: RMSC.COM Jul 11 2020 04:08:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
518162342      EDI: RMSC.COM Jul 11 2020 04:08:00      Synchrony Bank/ Old Navy,   Attn: Bankruptcy,
               PO Box 965060,   Orlando, FL 32896-5060
518162343      EDI: RMSC.COM Jul 11 2020 04:08:00      Synchrony Bank/Lowes,   Attn: Bankruptcy,
               PO Box 965060,   Orlando, FL 32896-5060
518162349      EDI: TFSR.COM Jul 11 2020 04:08:00      Toyota Financial Services,    Attn: Bankruptcy,
               PO Box 8026,   Cedar Rapids, IA 52408-8026
518162350      EDI: TFSR.COM Jul 11 2020 04:08:00      Toyota Financial Services,   PO Box 5855,
               Carol Stream, IL 60197
518162353      EDI: TFSR.COM Jul 11 2020 04:08:00      Toyota Motor Credit Co,   4 Gatehall Dr,
               Parsippany, NJ 07054-4518
518162354      EDI: TFSR.COM Jul 11 2020 04:08:00      Toyota Motor Credit Co,   Toyota Financial Services,
               PO Box 8026,   Cedar Rapids, IA 52408-8026
518162347      EDI: CITICORP.COM Jul 11 2020 04:08:00      Thd/Cbna,   PO Box 6497,
               Sioux Falls, SD 57117-6497
518162351     +EDI: TFSR.COM Jul 11 2020 04:08:00      Toyota Motor Credit,   777 E Campbell Rd Ste 20,
               Richardson, TX 75081-6713
518162352      EDI: TFSR.COM Jul 11 2020 04:08:00      Toyota Motor Credit,   PO Box 9786,
               Cedar Rapids, IA 52409-0004
518183351     +E-mail/PDF: OGCRegionIIBankruptcy@hud.gov Jul 11 2020 01:10:23      US Dept. of HUD,
               451 7th Street S.W.,   Washington, D.C. 20410-0001
518162356     +EDI: WFFC.COM Jul 11 2020 04:08:00      Wells Fargo Bank, NA,
               3476 Stateview Blvd, MAC# X7801-013,   Fort Mill, SC 29715-7200
                                                                                               TOTAL: 79

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Thomas Orr,   Law Office of Thomas J. Orr,   321 High Street,   Burlington, NJ 08016-4411
518162275*    ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
               (address filed with court: American Honda Finance,   201 Little Falls Drive,
               Wilmington, DE 19808-0000)
518162335*     Santander Consumer USA Inc.,   Attn: Bankruptcy,   PO Box 961245,   Fort Worth, TX 76161-0244
518162344     ##Tate & Kirlin Associates,   2810 Southampton Rd,   Philadelphia, PA 19154-1207
                                                                                  TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin                Page 4 of 4                  Date Rcvd: Jul 10, 2020
                              Form ID: 318               Total Noticed: 115
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2020 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    HOME POINT FINANCIAL nj.bkecf@fedphe.com
              Charles G. Wohlrab    on behalf of Creditor    Home Point Financial Corporation
               cwohlrab@rascrane.com
              Daniel E. Straffi    on behalf of Debtor Bryon  Masterson bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi    on behalf of Joint Debtor Melissa  Masterson bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation, administrator
               for Honda Lease Trust ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Sherri Jennifer Smith    on behalf of Creditor    HOME POINT FINANCIAL nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              Thomas  Orr    tom@torrlaw.com, Torr@ecf.axosfs.com
              Thomas  Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com, Torr@ecf.axosfs.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 11